UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20865-CR-RUIZ(s)(s)(s)

UNITED STATES OF AMERICA

v.

NADER MOHAMAD FARHAT, et al.,

    Defendants.
_____/

### FACTUAL PROFFER

The United States of America and Elias Daher (hereinafter referred to as the "defendant" or "DAHER") agree that if this matter had proceeded to trial, the government's evidence would have shown, beyond a reasonable doubt, that, among other things:

From at least as early as 2013 through October 2019, DAHER aided and abetted an unlicensed money transmitter business that facilitated the illicit movement of money through his bank accounts in South Florida and his cell phone business, 24 Hours Wireless, located in Miami, Florida. One of DAHER's principal co-conspirators was Nader Mohamad FARHAT, the leader of an extensive money laundering organization in the Tri-Border Area of South America, a region where the borders of Brazil, Argentina and Paraguay converge. Neither DAHER, nor any of his co-conspirators, had a license, as required by law, to operate a money transmitter business in the State of Florida or elsewhere in the United States, nor did they register, as required by law, with the Department of the Treasury to operate a money transmitter business.

DAHER received more than $1.5 million dollars in third-party wires sent through shell

1

companies by FARHAT and others he knew were engaging in money transmitting for a fee, and without a required state license or U.S. registration. DAHER and his co-conspirators created false invoices to conceal the true origin of the funds.

**WhatsApp Messages Between FARHAT and DAHER seized from FARHAT's Cell Phone**

The following WhatsApp messages between FARHAT and DAHER, located on FARHAT's phone, exemplify the unlicensed movement of money for a fee:

- On January 23, 2018, DAHER sent FARHAT a picture via WhatsApp of the routing number and Swift Code for a bank account DAHER had for 24 Hours Wireless Ltd. at TD Bank. FARHAT asked the amount of money he should send and DAHER responded, "$23150 x 3%," meaning a 3% commission to FARHAT for moving the money. On January 30, 2018, DAHER confirmed receipt of the money and told FARHAT that the wire came from "exchange something." FARHAT sent a picture confirming the name on the wire and then stated that DAHER was supposed to receive a second $20,000 wire. DAHER confirmed and said he did in fact receive a wire from an oil field equipment supplier from Texas. Neither FARHAT nor DAHER dealt in oil field equipment.

- On February 2, 2018, after DAHER sent FARHAT a message asking about wires and advising FARHAT that one of DAHER's bank accounts had been frozen, FARHAT told DAHER via WhatsApp that FARHAT received $350,000. DAHER responded, "+ 4%" meaning 4% commission to FARHAT for the movement of money. DAHER asked FARHAT to confirm the 4% commission and FARHAT said yes.

- On February 16, 2018, DAHER sent FARHAT a WhatsApp message requesting, "please send someone to pickup $104,000 from [Individual 1]" and FARHAT responded, "ok."

Later that day, DAHER asked FARHAT, "Did you talk to [Individual 2]?" When FARHAT replied, "I will call him shortly," DAHER stated, "he send me $300k more today, he supposed to send me $400."

- On February 18, 2018, DAHER told FARHAT via WhatsApp to give Individual 3 $200,000 tomorrow and that Individual 3 in turn would send DAHER $400,000. DAHER further told FARHAT not to pay Individual 3 more than 1.5 to 2% per wire because "that is how much [Individual 3] told me he will charge me." DAHER also told FARHAT, "I am giving him [Individual 3] ver good prices and 10 days to pay so he can help me with the wires."

- On February 20, 2018, FARHAT sent DAHER via WhatsApp a picture of a wire from a bank in Geneva, Switzerland, to 24 Hours Wireless. DAHER stated to FARHAT, "Pls stop sending wires like that. I didn't sell anything to Geneva." FARHAT responded, "ok". DAHER told FARHAT, "They will close my account like that, and no I didn't get it yet."

- On March 8, 2018, DAHER sent FARHAT a message via WhatsApp asking, "$200k to [Individual 3]?" FARHAT said yes. DAHER told FARHAT, "Nader, the cost of [Individual 3]'s wire should be 1.5-2% not 4%, I spoke to him about that."

- On March 12, 2018, DAHER sent FARHAT a WhatsApp message about the need to be cautious about how they send wires because banks had been closing DAHER's accounts.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/3/2021      By: *Michael Thakur*
MICHAEL E. THAKUR
ASSISTANT UNITED STATES ATTORNEY

Date: 12/2/2021      By: _____
JEFFREY S. WEINER, ESQ.
ATTORNEY FOR DEFENDANT

Date: 12/02/2021     By: _____
ANNABELLE NAHRA NADLER, ESQ.
ATTORNEY FOR DEFENDANT

Date: 12/2/2021      By: _____
ELIAS DAHER
DEFENDANT

4